# WASHINGTON COUNTY,

## April Term, 1796.

### Thomas Smith v. William Freel.

O N an appeal from the judgment of a juftice of the peace, the plaintiff declared in *affumfit*, on a promiffory note, dated 16th *April*, 1782, for the payment of 2*l*. 19*s*. 6*d*. The defendant pleaded the ftatute of limitations.

The fubfcribing witnefs was not to be found ; and proof was made, that *Freel*, fince the fuit was brought, had admitted, that he had given fuch a note, but faid he had paid it.

PRESIDENT. This is not fuch a promife of a fubfifting debt, as will anfwer the plea of the ftatute of limitations.

The plaintiff fuffered a nonfuit.

1796.

---

# ALLEGHENY COUNTY,

## September Term, 1796.

### Samuel Purviance v. William Sutherland.

*I N D E B I T A T U S affumfit* for goods, wares, and merchandizes, delivered to *William Sutherland* and *William M'Donald*, on a promife by both, and by each, with an averment, that neither had paid.

Proof was made of the book-entries, and of declarations by *Sutherland* of a partnerfhip between him and *M'Donald*, and that it has been, and is, ufual with traders, to have and give intereft on book-accounts, after fix months.